**Order filed April 16, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00150-CV

_____

## IN RE N.B.G., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-14923**

---

## ORDER

On March 22, 2021, relator N.B.G. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; see also Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Sandra Peake, presiding judge of the 257th District Court of Harris County, to set aside her March 18, 2021 order denying relator's petition for writ of habeas corpus for the return of a child.

We order relator to file a status report addressing the proceedings in the trial court, including the April 15, 2021 evidentiary hearing on temporary orders and the trial court's ruling on the temporary orders. We further order relator to address how the trial court's ruling affects his original proceeding pending in this court.

Relator shall file his status report on or before **April 20, 2021**.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.